UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEROY                                                                          CIVIL ACTION

VERSUS                                                                         NO. 06-4601

BLACKWATER, INC. a/k/a                                            SECTION "C" (2)
BLACKWATER USA

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the motion to dismiss filed by Blackwater Lodge & Training Center, Inc. d/b/a Blackwater USA (incorrectly identified in the complaint as Blackwater, Inc. a/k/a Blackwater USA) is **GRANTED** and that plaintiff's complaint against this defendant is **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

New Orleans, Louisiana, this 17th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE