UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 25 AM 7:55

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| LEROY | CIVIL ACTION |
| VERSUS | NO. 06-4601 |
| BLACKWATER, INC. a/k/a<br>BLACKWATER USA ET AL. | SECTION "C" (2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Motion for Summary Judgment filed by the United States of America, the United States Marshals Service and Michael Credo, is **GRANTED** and that plaintiff's complaint against these defendants is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER RECOMMENDED** that the Motion to Dismiss or, Alternatively, for Summary Judgment filed by John Edward Futral, Jr. is **GRANTED** and that plaintiff's complaint against this defendant is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 23 day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE